# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Los Angeles, California Venue



FILED
MAY -8 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## Request for Early Termination of Supervision

Name of Offender: Carl C. Grimes   Docket No.: CR 05-00754-01

Name of Sentencing Judge: Wm. Matthew Byrne Jr.
Senior United States District Judge

Date of Original Sentence: December 22, 2003

Original Offense:
Count One: Conspiracy to Structure Financial Transactions, 18 U.S.C. § 371, and 31 U.S.C. § 5324(a)(3), a Class D felony

Original Sentence: 3 years probation
Special Conditions: 4 months home confinement with electronic monitoring; special assessment $100; alcohol treatment; mental health treatment; drug treatment; access to financial information. Jurisdiction was transferred from the Central District of California to the Northern District of California on November 1, 2005.

Type of Supervision: Probation              Date Supervision Commenced: December 22, 2003
Assistant U.S. Attorney: Jeffrey Nedrow              Defense Counsel: Ellen Barry (Appointed)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

On December 22, 2003, the offender was sentenced to three years probation in the Central District of California for Conspiracy to Structure Financial Transactions.

During the term of supervision, the offender has complied with the rules of supervision and has satisfied all special conditions that were imposed by the court. Mr. Grimes maintains steady employment and residence. He has suffered no new arrests or convictions, with the exception of minor traffic violations. The U.S. Probation Officer believes the offender is an appropriate candidate for early termination. Therefore, pursuant to 18 U.S.C. §§ 3564(c) and 3583(e)(1), it is recommended the defendant's term of probation be terminated. The U.S. Probation Officer respectfully submits that this action is warranted by the conduct of the offender and is in the interest of justice.

NDC-SUPV-FORM 12B(2)  01/13/06

Carl C Grimes  Page 2
CR 05-00754-01

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender:    175 Davis Ln #2
                        Monterey, CA 93940

Respectfully submitted,                    Reviewed by:

*Michael Whitener* (signature)             *Susan Portillo* (signature)
Michael A. Whitener                        Susan Portillo
U.S. Probation Officer                     Supervisory U.S. Probation Officer

Date Signed: April 25, 2006

---

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

4/28/06                                    *Ronald M. Whyte* (signature)
Date                                       Ronald M. Whyte
                                           United States District Judge

NDC-SUPV-FORM 12B(2)  01/13/06